ACCEPTED
12-14-00357-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/7/2015 3:36:20 PM
CATHY LUSK
CLERK

**NO. 12-14-00357-CV**

IN THE COURT OF APPEALS FOR THE TWELFTH DISTRICT
AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/7/2015 3:36:20 PM
CATHY S. LUSK
Clerk

**PINECREST SNF, LLC D/B/A PINECREST
NURSING & REHABILITATION CENTER,**
*Appellant,*

v.

**TASCO BAILEY, NATHAN BAILEY, CURLIE BAILEY, ROY BAILEY,
BILL BAILEY, JAMES BAILEY, EARL BAILEY, MARY DUNLAP AND LICILLE
MARTIN, AS HEIRS OF ARCHIE BAILEY,**
*Appellees.*

**On Interlocutory Appeal from the
114th Judicial District Court of Smith County, Texas
Cause No. 14-0856-B
The Honorable Christi Kennedy Presiding**

**APPELLANT'S MOTION FOR EXTENSION TO FILE REPLY BRIEF**

**NICHOL L. BUNN**
State Bar No. 00790394
**STEPHANIE F. ERHART**
State Bar No. 24007180
**LEWIS, BRISBOIS, BISGAARD
& SMITH, LLP**
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 722-7100
(214) 722-7111 (fax)
**ATTORNEYS FOR
PINECREST NURSING SNF, LLC
D/B/A PINECREST NURSING &
REHABILITATION CENTER**

4848-6269-1094.2

TO THE HONORABLE COURT OF APPEALS:

1.      Pursuant to Rules 2, 10.5(b), and 38.6(d), Appellant Pinecrest Nursing SNF, LLC d/b/a Pinecrest Nursing & Rehabilitation Center respectfully requests a 14-day extension of time to file its reply brief.  The brief is currently due on April 20, 2015.  The requested extension would make the brief due on May 4, 2015.  This is Appellant's first request for extension of time to file its reply brief.

2.      Appellees have indicated that they will not oppose this extension.

3.      Appellee requests this extension of time to permit its counsel adequate time to prepare a brief that will be as helpful to the Court as possible.  The additional time is necessary because:

(a)  Stephanie Erhart, appellate counsel for Appellant will be out of the country from April 9, 2015 through April 19, 2015 in Italy.

(b)  In addition, Mrs. Erhart has been occupied on other matters since Appellees filed their brief, which has limited her ability to dedicate the necessary time to preparing Appellant's reply brief.

(c)  Once the brief is completed, it will be subject to review and approval by client representatives for Appellant.  This will add to the amount of time necessary to prepare and finalize the brief before it can be filed.

WHEREFORE, Appellant Pinecrest Nursing SNF, LLC d/b/a Pinecrest Nursing & Rehabilitation Center respectfully requests that this Court extend the deadline for its reply brief to May 4, 2015.  Appellant further requests general relief.

Respectfully submitted,

Nichol L. Bunn
State Bar No. 00790394
Nichol.Bunn@lewisbrisbois.com
Stephanie F. Erhart
State Bar No. 24007180
Stephanie.Erhart@lewisbrisbois.com
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas  75201
(214) 722-7100
(214) 722-7111 (fax)

**ATTORNEYS FOR PINECREST NURSING PINECREST SNF, LLC D/B/A PINECREST NURSING & REHABILITATION CENTER**

4848-6269-1094.2

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. CIV. P. 21a and TEX. R. APP. P. 25.1 (e), I hereby certify that a true and correct copy of the foregoing instrument has been served upon the following counsel of record on April 7, 2015:

Robert M. Wharton
MCIVER BROWN LAW FIRM
JP Morgan Chase Bank Building
712 Main Street, Suite 800
Houston, Texas 77002
(832) 767-1673
(832) 767-1783 (fax)
firm@mciverbrown.com

_____
STEPHANIE ERHART